# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CRIMINAL NO. 2:99CR81

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>vs. )<br>)<br>PETER KAY STERN )<br>) | **O R D E R** |

**THIS MATTER** is before the Court on remand from the Fourth Circuit Court of Appeals for resentencing pursuant to remand from the United States Supreme Court. *See, United States v. Stern*, 2006 WL 41192 (4th Cir. 2006).

**IT IS, THEREFORE, ORDERED** that this matter is hereby scheduled for resentencing on **THURSDAY, MARCH 30, 2006, AT 2:00 PM**, at the U.S. Courthouse in Asheville, North Carolina.

**IT IS FURTHER ORDERED** that counsel be appointed to represent the Defendant at resentencing. A revised presentence report is not necessary for this hearing.

**IT IS FURTHER ORDERED** that the United States Marshal make arrangements to have the Defendant transported from his place of

incarceration to the hearing and return him thereto after resentencing. The United States Marshal shall ensure that the Defendant arrives in this District prior to the hearing date in order that he may be afforded adequate opportunity to confer with counsel in preparation for the resentencing hearing. The Clerk of Court is directed to send copies of this Order to the Defendant, the Federal Defenders Office, the United States Attorney, the United States Marshal, and the United States Probation Office.

Signed: February 1, 2006

Lacy H. Thornburg
United States District Judge