IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CRIMINAL NO. 2:99CR81

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| PETER K. STERN ) | |

**THIS MATTER** is before the Court on Defendant's motion for admission *pro hac vice* of John Kenneth Zwerling, to appear as counsel in this matter, filed March 21, 2006.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Defendant's motion is **ALLOWED**, and John Kenneth Zwerling is hereby granted special admission to the bar of this Court, payment of the admission fee having been received by the Clerk.

Signed: March 22, 2006

Lacy H. Thornburg
United States District Judge