IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CIVIL NO. 2:06CV28
(2:99CR81)

| | |
|---|---|
| PETER KAY STERN,<br><br>        Petitioner,<br><br>Vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | **ORDER OF DISMISSAL** |

**THIS MATTER** is before the Court on the Petitioner's Notice of Dismissal, filed June 15, 2007.

For the reasons stated therein,

**IT IS, THEREFORE, ORDERED** that the Petitioner's motion to vacate, set aside, or correct judgment pursuant to 28 U.S.C. § 2255 is hereby **DISMISSED** in its entirety.

Signed: June 18, 2007

Lacy H. Thornburg
United States District Judge